[NOT FOR PUBLICATION]

United States Court of Appeals
For the First Circuit


No. 96-2089

PAULA KILCOYNE,

Plaintiff - Appellant,

v.

BENTLEY COLLEGE, ET AL.,

Defendants - Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Patti B. Saris, U.S. District Judge] 



Before

Torruella, Chief Judge, 

Bownes and Cyr, Senior Circuit Judges. 



J. Daniel Lindley for appellant. 
David C. Henderson, with whom Sharon R. Burger and Nutter, 
McClennen & Fish, LLP were on brief for appellees. 



May 22, 1997


Per Curiam. Upon full consideration of the record, Per Curiam. 

briefs and argument of counsel, we affirm the decision of the

district court on the basis of its Memorandum and Order, dated

August 2, 1996, on Defendant's Motion for Summary Judgment.

Affirmed. Double costs are granted to appellees, 

chargeable against appellant's counsel. See Fed. R. App. P. 38; 

28 U.S.C. 1927 ("Any attorney . . . who so multiplies the

proceedings in any case unreasonably and vexatiously may be

required by the court to satisfy personally the excess costs,

expenses, and attorneys' fees reasonably incurred because of such

conduct.").

-2-